JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, | Case No. CV 21-9165 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FIRST HOLDINGS, LLC, | |
| Defendant. | |

In accordance with the Court's April 15, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: April 15, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE